UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                              ECF CASE
-------------------------------------------------------------------------X
CHARLES COLEMAN, JOHN H. CHIAFFI, RICHARD
O' BEIRNE and JOHN T. COONEY, JR., as Trustees of
the LABORERS LOCAL UNION 754 HEALTH &
WELFARE FUN, PENSION FUND, LECET FUND,              Civil Action No.
NATIONAL HEALTH AND SAFETY FUND, NYSLPA
FUND, 754 LECET FUND, TRAINING FUND, and
ORGANIZING FUND; and CHARLES COLEMAN and
JOHN J. CHIAFFI, as Officers of LABORERS LOCAL
UNION 754

                                             Plaintiffs,                Rule 7.1 Statement
    -against-
                                                                         **07 CIV. 3690**
IMPERIAL IRON WORKS INC. / RHOMBUS
ENTERPRISES LLC., a JOINT VENTURE,
JOSEPH CHIAPPA and FIDELITY AND DEPOSIT
COMPANY OF MARYLAND,

                                            Defendants.
-------------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [ formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiffs certifies that Local Union 754 Health and Welfare Fund, Pension Fund, Savings Fund, Annuity Fund, Industry Advancement Fund, Dues Supplement Fund, LECET Fund, National Health and Safety Fund, NYSLPA Fund, 754 LECET Fund, Training Fund and Organizing Fund (collectively, the "Funds"), on whose behalf the Plaintiff Trustees are brining this action, are employee benefit plans and are neither corporations nor subsidiaries or affiliates of any corporation. Plaintiff Funds are governed by the applicable provisions of the Internal Revenue Code and the Employee Retirement Income Security Act of 1974 and are trusts.

Dated: Orangeburg, New York
      May 3, 2007

                                          Patricia E. Habas (PEM 8353)
                                          Formerly Patricia E. Maune
                                          BRUCE A. ROGERS, P.C.
                                          Attorneys for Plaintiffs
                                          Prel Plaza, Suite 7
                                          60 Dutch Hill Road
                                          Orangeburg, NY 10962
                                          (845) 359-5400