**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



```
------------------------------------X
COLEMAN ET AL.                      |
                                    |
             Plaintiffs,            |   NOTICE OF ASSIGNMENT
                                    |
             -v-                    |   07-cv-3690 (WCC)(LMS)
                                    |
IMPERIAL IRON WORKS ET AL.          |
                                    |
             Defendants.            |
------------------------------------X
```

   Pursuant to the memorandum of the Case Processing Assistant the above entitled action is assigned to the calendar of

   HON. WILLIAM C. CONNER

   All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

   The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Assignment on all defendants.

                                    J. Michael McMahon, CLERK

                               by: _____
                                   JOHNNY MARTINEZ - Deputy Clerk

DATE: 5/21/07

```
                                            USDC SDNY
                                            DOCUMENT
DESIGNATED TO MAGISTRATE JUDGE: LISA M. SMITH  ELECTRONICALLY FILED
CC:  Attorneys of Record                    DOC #: _____
WP ASSIGNMENT FORM                          DATE FILED: _____
```

Data Quality Control                                    Revised: September 9, 2004
I:FORMS\ASSIGN\ASSIG.WPD