ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - X
                                           07 Civ. 3690 (WCC)
CHARLES COLEMAN, et al.,            :
                                              **ECF CASE**
                   Plaintiffs,   :

  - against -                        :
                                               <u>ORDER</u>
IMPERIAL IRON WORKS INC., et al.,   :

                   Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - X


**CONNER, Sr. D.J.:**

      The Court having been advised that all claims asserted herein have been settled, it is

      ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

SO ORDERED.

Dated:  White Plains, New York
        June 25, 2007

                                            *William C. Conner*
                                         WILLIAM C. CONNER, Senior U.S.D.J.

[USDC SDNY DOCUMENT ELECTRONICALLY FILED stamp]

**Copies E-Mailed to Counsel of Record**