# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

Charles Coleman as Trustee of the
Laborers Local Union 754 Health &
Welfare Fund, Pension Fund, Lecet
Fund, National Health and Safety
Fund, NYSLPA Fund, 754 Lecet
Fund, Training Fund, and Organizing
Fund, John H. Chiaffi as Trustee of
the Laborers, Local Union 754 Health
& Welfare Fund, Pension Fund, Lecet
Fund, Training Fund, and Organizing
Fund, Richard O'Beirne as Trustee of
The Laborers Local Union 754 Health &
Welfare Fund, Pension Fund, 754 Lecet
Fund, Traini ng Fund, and Organizing
Fund, John T. Cooney as Trustee of the
Laborers Local Union 754 Health &
Welfare Fund, Pension Fund, National
Health and Safety Fund, NYSLPA Fund,
754 Lecet Fund, Training Fund, and
Organizing Fund, Charles Colemean as
Officer of Laborers Local Union 754
and John J. Chiaffi as Officer of
Laborers Local Union 754
Jr.

                    Plaintiff(s),

        -against-
Imperial Iron Works, Inc.,
Rhombus Enterprises, LLC,
Joseph Chiappa and Fidelity and
Deposit Company of Maryland
                    Defendants.

- - - - - - - - - - - - - - - -X

07 CIVIL 3690 (WCC)

**JUDGMENT**



Whereas the above entitled action having been assigned to the
the calendar of Honorable William C. Conner,  U.S.D.J., and

the Court thereafter on June 25, 2007, having handed down its

order after the court having been advised that all claims asserted

in the above entitled action having been settled, it is Ordered,

that the above entitled action be and hereby is discontinued,

without costs to any party, subject to reopening should the

settlement not be consummated  within thirty (30) days of the date

hereof, it is,


   **ORDERED, ADJUDGED AND DECREED:** That the complaint be and

it is hereby is discontinued subject to reopening should the

settlement not be consummated within Thirty (30) days of the date

hereof.


Dated: White Plains, New York
       June 25, 2007

*J. Michael McMahon*
                Clerk

i:/judgment/coleman.690

*E.O.D.*